District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH CLINIC, HILLARY BERRY, DMD, JASON BYUN, DDS, ATRIYA SALAMOTI, JENNIFER MARSHALL, RDH, RAMIL MATEO, DDS, AND RUI LI,<br><br>    Defendants. | CASE NO. C17-01168 JLR<br><br>ORDER REFORMING CAPTION<br><br>[~~PROPOSED~~] |

Having reviewed the Notice of Substitution (Dkt. #4) and a duly executed Certification (Dkt. #4-1) of Annette L. Hayes, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Community Health Clinic, Hillary Berry, DMD, Jason Byun, DDS, Atriya Salamoti, Jennifer Marshall, RDH, Ramil Mateo, DDS, and Rui Li.

//

//

Order Reforming Caption (~~Proposed~~)
C17-01168 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

2

3  ANTHONY G. HERBERT,                           CASE NO. C17-01168 JLR

4                  Plaintiff,

5          v.

6  UNITED STATES OF AMERICA,

7                  Defendant.

8

9  DATED this 7th day of August, 2017.

10

11  _____
    James L. Robart
    United States District Judge

12  Presented by:

13  ANNETTE L. HAYES
    United States Attorney

14

15  /s/ Priscilla T. Chan
    PRISCILLA T. CHAN, WSBA # 28533
    Assistant United States Attorney
16  Western District of Washington
    United States Attorney's Office
17  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
18  Phone: 206-553-7970
    E-mail: Priscilla.chan@usodj.gov

19

20

21

22

23

24  Order Reforming Caption (~~Proposed~~)
    C17-01168 JLR - 2